# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 05-cv-02662-REB-BNB

DANE KIRKPATRICK,

    Plaintiff,

v.

WEBACCESS INTERNATIONAL, INC. a Delaware corporation authorized to transact business in the State of Colorado, its officers and directors individually, et al.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the **Joint Motion to Dismiss with Prejudice and for Entry of Final Judgment** [#54], filed on December 7, 2006, by plaintiff and defendants WebAccess International, Inc., Blair Whitaker, J. Roger Moody, L. Shawn Breskow, James W. Stuckert, Archibald J. McGill, Wiley E. Prentice, Jr., Steve A. Spesard, Steven A. Lyga, Carol L. Carnie (formerly Carol L. Leveque), and Daniel W. Boyd (the Settling Defendants).

The plaintiff and the Settling Defendants have reached a settlement, and the plaintiff has agreed to dismiss his claims against the settling defendants with prejudice. The plaintiff and the three other defendants, J.J.B. Hilliard, W.L. Lyons Inc., and James Rogers, have not reached a settlement.  Rather, I have stayed proceedings on the plaintiff's claims against these three defendants pending arbitration.  Based on the settlement agreement of the plaintiff and the settling defendants, I will dismiss this case with prejudice as to the settling defendants, and I will order that the settling defendants be dropped from the caption of this case.

The plaintiff and the settling defendants ask that I direct the entry of a judgment dismissing the plaintiff's claims against the settling defendants, even though the claims against the three non-settling defendants have not yet been resolved. Under FED. R. CIV. P. 54(b), I may direct entry of final judgment as to one or more, but fewer than all, claims in a case if I determine that there is "no just reason for delay" in entering such a judgment. However, courts generally try to avoid the entry of piecemeal judgments which resolve some but not all of the claims in a case, or which resolve the case as to some but not all of the parties. The settling defendants note that the claims against them are on a different track than the claims against the non-settling defendants, and argue that this circumstance demonstrates that there is no just reason to delay the entry of final judgment on the claims against the settling defendants. I disagree.

The claims against the settling defendants will be dismissed with prejudice in this order, the settling defendants will be dropped from this case, and their names will be removed from the caption of this case. The settling defendants have not described any prejudice they have suffered or will suffer because final judgment has not been entered in this case. In short, the settling defendants seek the entry of a partial judgment, but they have not cited any good reason for the entry of a piecemeal judgment.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Dismiss with Prejudice and for Entry of Final Judgment** [#54], filed December 7, 2006, is **GRANTED** in part;

2. That this case is **DISMISSED WITH PREJUDICE** as to defendants WebAccess International, Inc., Blair Whitaker, J. Roger Moody, L. Shawn Breskow, James W. Stuckert, Archibald J. McGill, Wiley E. Prentice, Jr., Steve A. Spesard,

Steven A. Lyga, Carol L. Carnie (formerly Carol L. Leveque), and Daniel W. Boyd, with each party to bear his, her, or its own legal fees, costs, and expenses;

3. That the **Joint Motion to Dismiss with Prejudice and for Entry of Final Judgment** [#54], filed December 7, 2006, otherwise is **DENIED**;

4. That defendants, WebAccess International, Inc., Blair Whitaker, J. Roger Moody, L. Shawn Breskow, James W. Stuckert, Archibald J. McGill, Wiley E. Prentice, Jr., Steve A. Spesard, Steven A. Lyga, Carol L. Carnie (formerly Carol L. Leveque), and Daniel W. Boyd, are **DROPPED** from this action;

5. That the caption of this case shall be **AMENDED** to remove the names of defendants, WebAccess International, Inc., Blair Whitaker, J. Roger Moody, L. Shawn Breskow, James W. Stuckert, Archibald J. McGill, Wiley E. Prentice, Jr., Steve A. Spesard, Steven A. Lyga, Carol L. Carnie (formerly Carol L. Leveque), and Daniel W. Boyd, from the caption of this case;

6. That under **D.C.COLO.LCivR 41.2** this case is **CLOSED ADMINISTRATIVELY** pending the completion of the arbitration proceedings between the plaintiff and defendants J.J.B. Hilliard, W.L. Lyons Inc., and James Rogers; and

7. That any party may seek to lift the administrative closure on a showing that the arbitration proceedings have been completed, or on a showing of other good cause.

Dated December 11, 2006, at Denver, Colorado.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **Robert E. Blackburn**
                                  **United States District Judge**