**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02662-REB-BNB

DANE KIRKPATRICK,

    Plaintiff,
v.

J.J.B HILLIARD,
W.L. LYONS, INC., and
JAMES ROGERS,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#57], filed December 11, 2006.  On December 11, 2006, [#56], the court entered an **Order of Dismissal** dismissing out defendants WebAccess International, Inc., Blair Whitaker, J. Roger Moody, L. Shawn Breskow, James W. Stuckert, Archibald J. McGill, Wiley E. Prentice, Jr., Steve A. Spesard, Steven A. Lyga, Carol L. Carnie (formerly Carol L. Leveque), and Daniel W. Boyd, and the case was administratively closed.   The plaintiff and the three remaining defendants now have filed a **Stipulation of Dismissal With Prejudice**.  After careful review of  the file, the court has concluded that the case should be reopened in order to dismiss the claims against the remaining three defendants, approve the pending stipulation of dismissal and dismiss the claims against the remaining defendants.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That this case is reopened for the limited purpose of dismissing the remaining

three defendants;

  2. That the **Stipulation of Dismissal With Prejudice** [#57], filed December 11, 2006, is **APPROVED**; and

  3. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

  Dated December 12, 2006, at Denver, Colorado.

           **BY THE COURT:**

           s/ Robert E. Blackburn
           **Robert E. Blackburn**
           **United States District Judge**